HMK/jb MS 7869

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MACSTEEL INTERNATIONAL USA CORP.

        Plaintiff,        07 CIV 6039 (LAK)(MHD)
                                                    ECF CASE
   -against-

M/V GREAT RIVER, her engines, boilers,      **RULE 7.1 STATEMENT**
tackle, etc., CIDO SHIPPING (HK) CO.,
LTD., CIDO SHIPPING KOREA CO., LTD.,
WHITE PINE SHIPPING SA, BULK LOGISTICS
LTD.,

        Defendants.
------------------------------------------------------------X

    PURSUANT TO RULE 7.1, F.R.C.P., PLAINTIFFS CERTIFY THAT THE

FOLLOWING ARE CORPORATE SHAREHOLDERS OF 10% OF THE STOCK

WHICH ARE PUBLICLY HELD: THE PARENT CORPORATION OF PLAINTIFF IS

MACSTEEL INTERNATIONAL HOLDINGS B.V.

Dated: June 25, 2007

                                      KINGSLEY, KINGSLEY & CALKINS
                                      Attorneys for Plaintiff

                                      BY:_/S/_____
                                          HAROLD M. KINGSLEY
                                          91 W. Cherry Street
                                          Hicksville, New York 11801
                                          (516) 931-0064