

| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | |

| | |
|---|---|
| MACSTEEL INTERNATIONAL USA CORP.,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　　　　v.<br><br>M/V GREAT RIVER, her engines, boilers, tackle, etc., CIDO SHIPPING (HK) CO., LTD., CIDO SHIPPING KOREA CO., LTD., WHITE PINE SHIPPING SA, BULK LOGISTICS, LTD.<br>　　　　　　　　Defendants. | CERTIFICATE OF MAILING<br><br><br><br><br><br>07 CV 6039 (LAK) |

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

**11th Day of July, 2007**

I served the

SUMMONS & VERIFIED COMPLAINT

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) filed and issued herein on the,

**26th Day of June, 2007**

by mailing via registered mail, return receipt requested, at the United States Post Office, Chinatown Station, New York, NY, a copy of each thereof, securely enclosed in a post-paid wrapper addressed to:

See attached for listing of Defendants

That annexed to the original hereof is registered mail receipt(s)

RE 296 015 146

_____
　　　　　　　　CLERK

Dated: New York, NY

*Kingsley, Kingsley & Calkins*
ATTORNEYS AT LAW
*Proctors in Admiralty*
91 W. CHERRY STREET
HICKSVILLE, NEW YORK 11801

(516) 931-0064
TELEFAX (516) 931-4313

HAROLD M. KINGSLEY
JOAN S. KINGSLEY
STEVEN P. CALKINS

KEVIN T. MURTAGH

June 28, 2007

Clerk of the Court
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:  MACSTEEL INTERNATIONAL USA CORP. v.
            M/V GREAT RIVER, et. al.
            07 CIV 6039 (LAK)

[Registered Mail receipt: RE296015146US; Reg. Fee $10.15; Return Receipt $2.15; Postage $1.80; FROM: KINGSLEY KINGSLEY & CALKINS, 91 WEST CHERRY STREET, HICKSVILLE, NY 11801; TO: WHITE PINE SHIPPING SA c/o Hong Kong SHIPPING (HK) CO LTD., 28th FLR, COSCO TOWER, 183, QUEEN'S ROAD CENTRAL, HONG KONG, CHINA; PS Form 3806, May 2004]

...d Complaint on the following defendants
...of Civil Procedure Rule 4: (f)(2)(c)(ii):

'PING SA
IG (HK) CO., LTD
CO TOWER
AD CENTRAL
INA

Very truly yours,

[signature]