UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



| | |
|---|---|
| MACSTEEL INTERNATIONAL USA CORP., <br><br> Plaintiff, <br><br> v. <br><br> M/V GREAT RIVER, her engines, boilers, tackle, etc., CIDO SHIPPING (HK) CO., LTD., CIDO SHIPPING KOREA CO., LTD., WHITE PINE SHIPPING SA, BULK LOGISTICS, LTD. <br><br> Defendants. | **CERTIFICATE OF MAILING** <br><br><br> 07 CV 6039 (LAK) |

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

**11th Day of July, 2007**

I served the

SUMMONS & VERIFIED COMPLAINT

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) filed and issued herein on the,

**26th Day of June, 2007**

by mailing via registered mail, return receipt requested, at the United States Post Office, Chinatown Station, New York, NY, a copy of each thereof, securely enclosed in a post-paid wrapper addressed to:

See attached for listing of Defendants

That annexed to the original hereof is registered mail receipt(s)

RE 296 015 163

J. Michael McMahon
CLERK

Dated: New York, NY

## Kingsley, Kingsley & Calkins
ATTORNEYS AT LAW
Proctors in Admiralty

91 W. CHERRY STREET
HICKSVILLE, NEW YORK 11801

(516) 931-0064
TELEFAX (516) 931-4313

HAROLD M. KINGSLEY
JOAN S. KINGSLEY
STEVEN P. CALKINS

KEVIN T. MURTAGH

June 28, 2007

Clerk of the Court
United States District Court

ATIONAL USA CORP. v.
et. al.

l Complaint on the following defendants
f Civil Procedure Rule 4: (f)(2)(c)(ii):

) CO., LTD.
) TOWER
D CENTRAL
A

Very truly yours,

HMK/mhb
Encl.