UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MACSTEEL INTERNATIONAL USA CORP., | **CERTIFICATE OF MAILING** |
| Plaintiff, | |
| v. | |
| M/V GREAT RIVER, her engines, boilers, tackle, etc., CIDO SHIPPING (HK) CO., LTD., CIDO SHIPPING KOREA CO., LTD., WHITE PINE SHIPPING SA, BULK LOGISTICS, LTD. | 07 CV 6039 (LAK) |
| Defendants. | |

*U.S. DISTRICT COURT FILED JUL 1 1 2007 S.D. OF N.Y.*

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

**11th Day of July, 2007**

I served the

SUMMONS & VERIFIED COMPLAINT

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) filed and issued herein on the,

**26th Day of June, 2007**

by mailing via registered mail, return receipt requested, at the United States Post Office, Chinatown Station, New York, NY, a copy of each thereof, securely enclosed in a post-paid wrapper addressed to:

See attached for listing of Defendants

That annexed to the original hereof is registered mail receipt(s)

RE 296 015 150

_____
J. Michael McMahon
CLERK

Dated: New York, NY

## Kingsley, Kingsley & Calkins
ATTORNEYS AT LAW
Proctors in Admiralty
91 W. CHERRY STREET
HICKSVILLE, NEW YORK 11801

(516) 931-0064
TELEFAX (516) 931-4313

HAROLD M. KINGSLEY
JOAN S. KINGSLEY
STEVEN P. CALKINS

KEVIN T. MURTAGH

June 28, 2007

Clerk of the Court
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: MACSTEEL INTERNATIONAL USA CORP. v.
et. al.



d Complaint on the following defendants
of Civil Procedure Rule 4: (f)(2)(c)(ii):

OREA, CO., LTD
ENTRAL PLAZA
)-DONG, SEOCHO-GU
OREA

y truly yours,

Encl.