```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X
MACSTEEL INTERNATIONAL USA CORP.              07 CV 6039(LAK)(MHD)

                        Plaintiff,            RULE 7.1 STATEMENT

        -against-

M/V GREAT RIVER, her engines, boilers,
tackle, etc., CIDO SHIPPING (HK) CO.,
LTD., CIDO SHIPPING KOREA CO. LTD.,
WHITE PINE SHIPPING SA, BULK
LOGISTICS LTD.

                        Defendants.
-------------------------------------------X
```

Attorney of record, EDWARD A. KEANE, of the firm of MAHONEY AND KEANE, LLP, attorneys of record for defendants CIDO SHIPPING (HK) CO., LTD., CIDO SHIPPING KOREA CO. LTD., and WHITE PINE SHIPPING SA certifies that there are no publicly held corporate parents, subsidiaries, or affiliates of CIDO SHIPPING (HK) CO., LTD., CIDO SHIPPING KOREA CO. LTD., and WHITE PINE SHIPPING SA.

Dated:  New York, N.Y.
        August 3, 2007

_____
EDWARD A. KEANE (EK 1398)