UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
MACSTEEL INTERNATIONAL USA CORP.            07 CV 6039(LAK)(MHD)

                Plaintiff,            CLAIM OF OWNER
                                            AND STATEMENT OF
    -against-                             INTEREST IN VESSEL
                                            PURSUANT SUPPLEMENTAL
M/V GREAT RIVER her engines, boilers,       ADMIRALTY RULE (C)(6)
tackle, etc., CIDO SHIPPING (HK) CO.,
LTD., CIDO SHIPPING KOREA CO. LTD.,
WHITE PINE SHIPPING SA, BULK
LOGISTICS LTD.

                Defendants.
------------------------------------------X

        And Now appears WHITE PINE SHIPPING SA for itself as owner of the M/V GREAT RIVER, her engines, boilers, tackle, etc., as the same were sought to be arrested at the instance of MACSTEEL INTERNATIONAL USA CORP., the plaintiff, and the claimant states that it was as the time of the filing of the Verified Complaint herein, and still is the true and *bona fide* sole owner of the vessel and that no other person is the owner thereof.

        WHEREFORE it prays to defend accordingly.

Dated:    New York, New York
          August 16, 2007

                          MAHONEY & KEANE, LLP
                          Attorneys for Defendants
                          CIDO SHIPPING (HK) CO., LTD., CIDO
                          SHIPPING KOREA CO. LTD., and WHITE
                          PINE SHIPPING SA

                By: _____
                          GARTH S. WOLFSON (GW 7700)
                          111 Broadway, Tenth Floor
                          New York, New York 10006
                          (212) 385-1422
                          File No.: 19/3442/B/07/7

TO:  KINGSLEY KINGSLEY & CALKINS
     Attorneys for Plaintiff
     91 West Cherry Street
     Hicksville, N.Y. 11801
     (516) 931-0064