HMK/jb MS 7869

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MACSTEEL INTERNATIONAL USA CORP.

        Plaintiff,                          07 CIV 6039 (LAK)(MHD)
                                                            ECF CASE

        -against-

M/V GREAT RIVER, her engines, boilers,
tackle, etc., CIDO SHIPPING (HK) CO.,
LTD., CIDO SHIPPING KOREA CO., LTD.,        NOTICE OF MOTION
WHITE PINE SHIPPING SA, BULK LOGISTICS    TO WAIVE TIME
LTD.,                                                               RESTRAINTS, STRIKE
                                                                           OBJECTIONS, AND TO
            Defendants.                        COMPEL DEPOSITIONS
-----------------------------------------------------------X

      Plaintiff moves for an Order to waive the time restraints of Rule 26(d), F.R.Civ.P., for seeking the deposition of defendants' Master, Chief Mate, a shore based supervisory corporate officer, and a knowledgeable witness under Rule 30(b)(6), prior to receipt of the Court's formal Scheduling Order or a Rule 16(b) conference; to strike vessel defendants' informal letter objections; and for an Order compelling production of the vessel defendants' witnesses at the earliest opportunity while same are still in the employ of defendants.

Dated:  September 7, 2007

                                        KINGSLEY, KINGSLEY AND CALKINS

                                        By:___/S/_____
                                            Steven P. Calkins
                                            91 West Cherry Street
                                            Hicksville, New York 11801
                                            (516) 931-0064

TO:    Mahoney & Keane, LLP
        Attorneys for Defendants, M/V Great River and White Pine Shipping SA
        111 Broadway, 10th Fl.
        New York, NY 10006
        (212) 385-1422