# MAHONEY & KEANE, LLP

Edward A. Keane*
Cornelius A. Mahoney*
Garth S. Wolfson*
———
Jorge A. Rodriguez*†
———
Of Counsel
Stephen J. Murray

*Also admitted in NJ
†Also admitted in CT

*Attorneys at Law*
*111 Broadway, Tenth Floor*
*New York, New York 10006*
Telephone (212) 385-1422
Facsimile  (212) 385-1605
lawoffices@mahoneykeane.com

Connecticut Office
———
14 Pilgrim Lane
Weston, CT 06883
Tel: (203) 222-1019
Fax:(203) 222-0252

RECEIVED

AUG 3 0 2007

M5 7869

August 28, 2007

KINGSLEY, KINGSLEY & CALKINS
91 W. Cherry Street
Hicksville, New York   11801

> Re:   Macsteel International  USA
> Corp. v. M/V GREAT RIVER, *et al.*
> **SDNY Case: 07 CV 6039 (LAK)(MHD)**
> **Our File No.: 19/3442/B/07/7**

Gentlemen:

Please be advised that we object to plaintiff's Notice of Deposition as premature and improper pursuant to Rules 30(a)(2)(C) and 26(d) of the Federal Rules of Civil Procedure.

Moreover, the case law makes plain you are entitled to, at best, the deposition of one witness from the vessel in the first instance.

In addition, that witness, should he still be in defendant's employment, is entitled to be examined at the place of business of the defendant not at your office.  *See, Mill Run Tours v. Khashoggi*, 124 F.R.D. 547, 550 (S.D.N.Y. 1989); *Usinor Steel Corp. v. Daval Steel Prod's*, 1990 A.M.C. 362 (S.D.N.Y. 1989); *Farquhar v. Shledon*, 116 F.R.D. 70, 72 (E.D. Mich. 1987); *Work v. Bier*, 107 F.R.D. 789, 792 n.4 (D.D.C. 1985).

After the case has been conferenced, we will seek a 30(b)(6) deposition of plaintiff by the person with the most knowledge concerning the claim.  Please be guided accordingly.

Very truly yours,

MAHONEY & KEANE, LLP

By:

Edward A. Keane