UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MACSTEEL INTERNATIONAL USA CORP.

        Plaintiff,

-against-

M/V GREAT RIVER, her engines, boilers, tackle, etc., CIDO SHIPPING (HK) CO., LTD., CIDO SHIPPING KOREA CO., LTD., WHITE PINE SHIPPING SA, BULK LOGISTICS LTD.,

        Defendants.
------------------------------------------------------------X

07 CV 6039(LAK)(MHD)

**NOTICE OF EXAMINATION BEFORE TRIAL**

S I R S:

PLEASE TAKE NOTICE, that plaintiff will examine defendants by the Master and Chief Mate of the captioned vessel for the voyages which are the subject of this suit, and shore based supervisory corporate officers and a witness with knowledge of the facts of this case under Rule 30(b)(6) before a notary public, duly commissioned for the County of New York, or before some other person duly qualified at the offices of the undersigned on the 13th day of September, 2007, at 10:30a.m. or on a lawfully adjourned day, and from day to day thereafter until the examinations are completed.

PLEASE TAKE FURTHER NOTICE that you are required to produce the aforesaid witnesses at the above time and place together with all documents, records and correspondence, telexes, statements, radiograms, logs and writings of whatsoever nature made and received aboard the vessel during loading, discharge and on the voyage which is the subject of this suit, and all documents, reports, correspondence, photographs, photostats, plans, insurance

(P & I) policies, claims, surveys and other papers relating to the voyage which is the subject of this action.

Dated:   August 7, 2007

                                              KINGSLEY, KINGSLEY & CALKINS
                                              Attorneys for Plaintiffs

                                              BY: _____
                                              HAROLD M. KINGSLEY
                                              91 West Cherry Street
                                              Hicksville, N.Y. 11801
                                              (516) 931-0064

TO:    MAHONEY & KEANE, ESQS.
        Attorneys for Defendants
        111 Broadway, 10th Floor
        New York, New York 10006
        (212) 385-1422
        File No.: 19/3442/B/07/7

## DECLARATION OF SERVICE BY U.S. MAIL

I hereby declare under the penalty of perjury as prescribed in 28 U.S.C. Sec. 1746, that a true and correct copy of the

## NOTICE OF EXAMINATION BEFORE TRIAL

was served on August 10, 2007, via U. S. First Class Mail by depositing same at an official depository of the U.S. Postal Service in a postage prepaid sealed envelope addressed to:

> MAHONEY & KEANE, ESQS.
> Attorneys for Defendants
> 111 Broadway, 10th Floor
> New York, New York 10006
> (212) 385-1422
> File No.: 19/3442/B/07/7

Executed at:   Hicksville, New York
               August 10, 2007

_____
JO ANN BROWN