UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
MACSTEEL INTERNATIONAL USA CORP.,

        Plaintiff,

   -against-                                      07 Civ. 6039 (LAK)

M/V GREAT RIVER, etc., et al.,

        Defendants.
------------------------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

       Plaintiff's motion to compel discovery [docket item 10] is denied. No showing has been made sufficient to warrant immediate depositions.

       SO ORDERED.

Dated:     September 11, 2007

                                                      Lewis A. Kaplan
                                               United States District Judge

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/12/07
```