FEB 04 2008

JUDGE KAPLAN'S CHAMBERS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MACSTEEL INTERNATIONAL USA CORP.                    ECF

                                                    07 CIV 6309(LAK)(MHD)
                Plaintiff,
                                                    STIPULATION AND
        -against-                                   CONSENT ORDER OF
                                                    DISMISSAL
M/V GREAT RIVER, her engines, boilers,
tackle, etc., CIDO SHIPPING (HK) CO., LTD.
WHITE PINE SHIPPING SA, BULK
LOGISTICS, LTD,

                Defendants.
------------------------------------------------------------X

        IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned

attorneys of record for the parties herein, that settlement of all claims and cross-claims has

been agreed, and that the above entitled action be and hereby is dismissed with prejudice

and without costs to any party.

Consented To,

KINGSLEY, KINGSLEY & CALKINS, ESQS.          MAHONEY & KEANE, ESQS.
Attorneys for Plaintiff                       Attorneys for Defendant

By. _____                  By_____
    Harold M. Kingsley                           Edward A. Keane
    91 W. Cherry Street                          111 Broadway, 10th Floor
    Hicksville, NY 11801                         New York, New York 10006
    (516) 931-0064                               (212) 385-1422

SO ORDERED

_____
        U.S.D.J.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/5/08